UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-11-355 |
| | § | |
| DAN ADOLFO MANCHA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant has no criminal history and is a United States citizen; however, he lives in Mexico, and his mother, wife, and step-children also reside in Mexico.  The defendant has traveled freely between the United States and Mexico all his life, making him a flight risk.  The defendant has no place to live in the United States, and has not produced a co-surety or a third party custodian.  The matter of bond will be reconsidered if the defendant can demonstrate that he has a stable place to live in the United States, and he is able to produce a third party custodian, co-surety, and cash deposit.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 22nd day of March, 2011.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE